CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Bradley Smith, Esq., SBN 296444
Elliott Montgomery, Esq., SBN 279451
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ElliottM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Sukhjinder Singh**,<br><br>  Defendant. | Case No. 2:22-cv-01963-SB-AFM<br><br>**Plaintiff's Response to the Court's Order to Show Cause re: Sanctions**<br><br>Hon. Judge Stanley Blumenfeld, Jr. |

1. I am licensed to practice law in the State of California and before this Court. I am an attorney for Plaintiff Antonio Fernandez and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. On March 25, 2022, this Court issued an Order to Show Cause as to whether it should decline supplemental jurisdiction over Plaintiff's Unruh claim.

3. On April 8, 2022, I caused to be filed a document titled Plaintiff's Brief Regarding Supplemental Jurisdiction ("Brief").

4. On April 11, 2022, this Court issued an Order to Show Cause re: Sanctions on the grounds that Plaintiff's Brief ignored the substance of the Court's concerns and the specific instructions of the Court.

5. As the Court correctly notes in its April 11 Order, the Brief does not respond to the substance of the Court's previous Order. The Brief was a preliminary draft of the response to this Court's OSC re supplemental jurisdiction that I had drawn from a motion for a different case before a different court.

6. I did not intend for the Brief to be filed as it appears on the docket, as it does not respond to the Court's OSC, has incorrect line numbers, identifies the wrong plaintiff, and, among many other errors, does not even have my name spelled correctly on the signature line.

7. The filing of the Brief was an inadvertent mistake. I sent the wrong document to my office staff to be filed.

8. I did not, and would not, intentionally cause a non-responsive document to be filed out of bad faith or as a tactic to waste the Court's time.

9. I was mortified to find that the Brief was filed in the state that it was, and I sincerely apologize to the Court and its staff for the inconvenience I caused.

10. While I have accidentally filed a document with the wrong case number or some incorrect information in the caption, I don't recall ever filing something so incorrectly like this before. I hope to never do so again and will work to prevent it from happening in the future.

11. Going forward, I will triple check my documents before filing to make sure that when I cause something to be filed it is the document I intend to appear on the docket and not a rough draft from a template.

12. I am filing a Notice of Withdrawal of the previous Brief and a corrected Brief regarding supplemental jurisdiction concurrently with the filing of

this Response.

13. Plaintiff Antonio Fernandez took no part in the filing of the Brief and I request he not be sanctioned or ordered to appear in person as a result of its filing.

14. Because filing the brief was an inadvertent mistake, I respectfully request this Court discharge its Order to Show Cause re Sanctions.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

Dated: April 15, 2022        CENTER FOR DISABILITY ACCESS

By:   /s/ Elliott Montgomery
Elliott Montgomery
Attorney for Plaintiff